**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF SOUTH CAROLINA

Case number *(if known)* _____   Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Cafe Holdings Corp.** |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **26-2777910** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **4324 Wade Hampton Blvd., Ste. B Taylors, SC 29687** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Greenville** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | **www.fatz.com** |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor   **Cafe Holdings Corp.**                                                    Case number (*if known*)
         <sub>Name</sub>

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

       **7225**

| | | |
|---|---|---|
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | | |
|---|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ■ No. |
| | | ☐ Yes. |
| | If more than 2 cases, attach a separate list. | |

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☐ No |
| | | ■ Yes. |
| | List all cases. If more than 1, attach a separate list | |

| | Debtor | **See Attachment** | | Relationship | _____ |
|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number, if known | _____ |

Debtor   **Cafe Holdings Corp.**                                             Case number (*if known*)
     Name

**11.  Why is the case filed in *this district?***

*Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
               Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
      Contact name _____
      Phone _____

---

**■ Statistical and administrative information**

**13.  Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

■ 1-49          ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99         ☐ 5001-10,000        ☐ 50,001-100,000
☐ 100-199       ☐ 10,001-25,000      ☐ More than100,000
☐ 200-999

**15.  Estimated Assets**

■ $0 - $50,000            ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16.  Estimated liabilities**

☐ $0 - $50,000            ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000      ■ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| Debtor | **Cafe Holdings Corp.** | Case number (*if known*) | |
| | Name | | |

---

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 15, 2018**
              MM / DD / YYYY

**X** **/s/ Eric Easton**                                          **Eric Easton**
Signature of authorized representative of debtor                    Printed name

Title   **Chief Financial Officer**

---

**18. Signature of attorney**

**X** **/s/ Michael H. Weaver**                    Date   **November 15, 2018**
Signature of attorney for debtor                          MM / DD / YYYY

**Michael H. Weaver**
Printed name

**McNair Law Firm, P.A.**
Firm name

**P.O. Box 11390**
**Columbia, SC 29211**
Number, Street, City, State & ZIP Code

Contact phone   **803-799-9800**        Email address   **mweaver@mcnair.net**

**Dist. Ct. ID #:9847 SC**
Bar number and State

---

Debtor    **Cafe Holdings Corp.**                                                          Case number (*if known*)
          Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF SOUTH CAROLINA

Case number (*if known*) _____    Chapter    **11**

☐ Check if this an
  amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Cafe Enterprises, Inc.** | | | Relationship to you | **Affiliate** |
| District | **District of South Carolina** | When | | Case number, if known | |
| Debtor | **CES Gastonia LLC** | | | Relationship to you | **Affiliate** |
| District | **District of South Carolina** | When | | Case number, if known | |
| Debtor | **CES Sportz LLC** | | | Relationship to you | **Affiliate** |
| District | **District of South Carolina** | When | | Case number, if known | |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| In re:<br><br>CAFE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-_____(___)<br><br>(Joint Administration Requested) |

**CONSOLIDATED LIST OF CREDITORS
HOLDING 30 LARGEST UNSECURED CLAIMS**

      The following is a list of creditors holding the thirty (30) largest unsecured claims, on a consolidated basis, against the above-captioned debtors-in-possession that commenced Chapter 11 cases in this Court on the date hereof (collectively, the "Debtors"). This list has been prepared from the unaudited books and records of the Debtors. This list reflects amounts from the Debtors' books and records as of November 12, 2018. The list is prepared in accordance with FED. R. BANKR. P. 1007(d) for filing in the Debtors' Chapter 11 cases. This list does not include (a) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101 or (b) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the thirty (30) largest unsecured claims. The information herein shall not constitute an admission of liability by, nor is binding on, the Debtors. All claims are subject to customary offsets, rebates, discounts, reconciliations, credits and adjustments, which are not reflected on this list.

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Cafe Holdings Corp. (7910); Cafe Enterprises, Inc. (4946); CE Sportz LLC (2009); and CES Gastonia LLC (0863). The location of the Debtors' corporate headquarters is 4324 Wade Hampton Blvd., Suite B, Taylors, South Carolina 29687.

**Fill in this information to identify the case:**

**Debtor name:** Café Holdings Corp., et al.

**United States Bankruptcy Court for the:** District of South Carolina

**Case number (if known):** 18-_____

☐ Check if this is an
amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders, on a Consolidated Basis    12/15

A list of creditors holding the 30 Largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 Largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | SYSCO 131 Sysco Court Columbia SC 29209 | Jeff Kestner Jeffery.Kestner@sysco.com Tel: 803-239-4172 Fax: 877-242-6411 | Trade Debt | ☐ C ☑ U ☐ D | | | $2,784,619.66 |
| 2 | SYSCO-Charlotte Attn: Cashier PO Box 96 Concord NC 28026 | Tom Hayes Hayes.Tom@cha.sysco.com Tel: 704-723-6016 Fax: 704-723-6028 | Trade Debt | ☐ C ☑ U ☐ D | | | $1,194,616.28 |
| 3 | Store Master Funding V, LLC 8501 E Princess Drive Suite 190 Scottsdale AZ 85255 | Lyena Hale lhale@storecapital.com | Rent | ☐ C ☑ U ☐ D | | | $881,860.38 |
| 4 | Old Mill Stream PO Box 24169 Greenville SC 29616 | Bill Burton Bill@omsrealestate.com Tel: 864-360-4105 | Rent | ☐ C ☑ U ☐ D | | | $858,089.51 |
| 5 | Store Master Funding I, LLC 8501 E Princess Drive Suite 190 Scottsdale AZ 85255 | Lyena Hale lhale@storecapital.com | Rent | ☐ C ☑ U ☐ D | | | $460,923.60 |
| 6 | Infinity Marketing Solutions, Inc. 874 S Pleasntburg Drive Suite A Greenville SC 29607 | Tony Williams info@infinitymkt.com Tel: 864-235-1700 Fax: 864-235-3100 | Trade Debt | ☐ C ☐ U ☑ D | | | $388,510.39 |
| 7 | MRB, LLC PO Box 161413 Boiling Springs SC 29316 | Valeen Brown VBrown@JRogersGroup.com Tel: 864-327-3679 | Rent | ☐ C ☑ U ☐ D | | | $245,567.50 |
| 8 | Freshpoint 1200 Oakley Industrial Blvd. Suite B Fairburn GA 30213 | Kim Treat Kim.Treat@FreshPoint.com Tel: 770-305-8574 Fax: 770-305-8477 | Trade Debt | ☐ C ☑ U ☐ D | | | $220,288.31 |

Debtor    **Café Holdings Corp., et al.**                                                    Case number *(if known)* **18-_____**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Fishbowl, Inc. PO Box 740513 Atlanta GA 30374-0513 | Douglas Poppen dpoppen@fishbowl.com Tel: 703-836-3421 | Trade Debt | ☑ C ☐ U ☐ D | | | $213,293.87 |
| 10 | M&R Investors PO Box 161413 Boiling Springs SC 29316 | Valeen Brown VBrown@JRogersGroup.com Tel: 864-327-3679 | Rent | ☑ C ☑ U ☐ D | | | $191,781.65 |
| 11 | Koury Corp 2275 Vanstory Street Suite 200 Greensboro NC 27403 | Alex Munoz AMunoz@kourycorp.com Tel: 336-299-9200 | Rent | ☐ C ☑ U ☐ D | | | $165,066.02 |
| 12 | Center Hills, LLC 1901 Sam Snead Drive Braselton GA 30517 | Nancy Hough nancy.hough@clmnholdings.com Tel: 619-940-7154 | Rent | ☐ C ☑ U ☐ D | | | $160,081.93 |
| 13 | Gary & Margaret Smith 123 Pecan Lane Cayce SC 29033 | Gary Smith Tel: 803-622-4118 Fax: 803-822-8477 | Rent | ☐ C ☑ U ☐ D | | | $150,176.00 |
| 14 | Valassis Digital Maxpoint Interactive, Inc. PO Box 360668 Pittsburgh PA 15251-6668 | Rich Melin billing@maxpoint.com Tel: 919-389-9002 | Trade Debt | ☑ C ☐ U ☐ D | | | $138,735.31 |
| 15 | Henderson Crossing PO Box 1855 Flat Rock NC 28731 | Bill Hale Tel: 828-242-4100 Fax: 828-697-2208 | Rent | ☑ C ☐ U ☐ D | | | $138,000.00 |
| 16 | Hamilton Chase-Citadel, LLC PO Box 468 Solvang CA 93464 | Justin Dean justinhdean@gmail.com Tel: 626-824-5050 | Rent | ☑ C ☐ U ☐ D | | | $133,065.84 |
| 17 | Tryon Sisson 1279 Westwind Circle Westlake Village CA 91361 | Ty Sisson tysisson@roadrunner.com Tel: 805-379-3151 Fax: 805-379-4145 | Rent | ☐ C ☑ U ☐ D | | | $124,750.00 |
| 18 | B&T Sand Company PO Box 84007 Lexington SC 29073 | Joel Tyson joeltyson@labarrier.com Tel: 803-356-2351 | Rent | ☐ C ☑ U ☐ D | | | $124,601.50 |
| 19 | Restaurant Technologies, Inc. 12962 Collections Center Drive Chicago IL 60693 | Derek Zschokke dezschokke@rti-inc.com Tel: 651-444-6083 | Trade Debt | ☐ C ☑ U ☐ D | | | $118,439.05 |
| 20 | Carolina Child Care Properties 887 Johnnie Dodds Blvd. Mt. Pleasant SC 29464 | Randy Davis rdavis@treellc.com Tel: 843-469-5210 | Rent | ☐ C ☑ U ☐ D | | | $110,385.08 |

Debtor **Café Holdings Corp., et al.**                                                                Case number *(if known)* **18-_____**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21 | Pepper Hamilton LLP Attn: Accounting Dept. 3000 Two Logan Square Philadelphia PA 19103-2799 | Bruce Fenton fenton@pepperlaw.com Tel: 215-981-4000 | Professional Services | ☐ C ☑ U ☐ D | | | $107,276.81 |
| 22 | Beetle Enterprises 1439 Vintage Drive Watkinsville GA 30677 | Bob Bailey georgerbailey@bellsouth.net Tel: 404-312-9181 | Rent | ☑ C ☐ U ☐ D | | | $101,841.96 |
| 23 | Winds Crossing 7711 Briardenn Dr Summerfield NC 27358 | Vinay Gudena vinaygvk@gmail.com Tel: 843-628-9173 | Rent | ☐ C ☑ U ☐ D | | | $97,300.00 |
| 24 | Geoffrey Stuchman 16124 Greenwood Lane Monte Sereno CA 95030 | Lea Stutchman leahstutchman@yahoo.com Tel: 408-313-6718 | Rent | ☐ C ☑ U ☐ D | | | $96,783.12 |
| 25 | Robinson, Bradshaw & Hinson 101 N Tryon Street Suite 1900 Charlotte NC 28246 | robinsonbradshaw.com Tel: 704-377-2536 | Professional Services | ☐ C ☑ U ☐ D | | | $96,781.88 |
| 26 | Duke Power PO Box 70516 Charlotte NC 28272-0515 | www.duke-energy.com Tel: 800-653-5307 | Trade Debt | ☐ C ☑ U ☐ D | | | $93,074.27 |
| 27 | PP Gaston Mall 1422 Burtonwood Drive Suite 200 Gastonia NC 28054 | Charlie Pearson cpearson@pearsonproperties.net Tel: 704-867-5002 | Rent | ☐ C ☑ U ☐ D | | | $90,000.00 |
| 28 | Thrift Brothers PO Box 1293 Seneca SC 29679 | Tim Hydrick timhydrick@gmail.com Tel: 864-235-4040 | Rent | ☐ C ☑ U ☐ D | | | $89,750.00 |
| 29 | 7420 Broad River Road LLC 1525 Ashley River Road Charleston SC 29407 | Barbara Hunter barbarahunter2248@gmail.com Tel: 843-270-8899 | Rent | ☐ C ☑ U ☐ D | | | $87,081.50 |
| 30 | NCR Corporation PO BOX 198755 Atlanta GA 30384-8755 | sm250689@ncr.com Tel: 770-576-2791 | Trade Debt | ☐ C ☑ U ☐ D | | | $84,143.76 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re:<br><br>CAFE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-_____ (___)<br><br>(Joint Administration Requested) |

## DECLARATION CONCERNING THE CONSOLIDATED LIST OF CREDITORS
## HOLDING LARGEST 30 UNSECURED CLAIMS

I, the undersigned authorized officer of Cafe Holdings Corp. ("Cafe Holdings") and the

other above captioned debtors named as the debtors in this case (collectively the "Debtors"),

declare under penalty of perjury that I have read the foregoing consolidated list of creditors holding

the thirty (30) largest unsecured claims against the Debtors, and that the list is true and correct to

the best of my information and belief.

Dated: November ___15___, 2018

Eric Easton
Chief Financial Officer

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Cafe Holdings Corp. (7910); Cafe Enterprises, Inc. (4946); CE Sportz LLC (2009); and CES Gastonia LLC (0863). The location of the Debtors' corporate headquarters is 4324 Wade Hampton Blvd., Suite B, Taylors, South Carolina 29687.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| In re:<br><br>CAFE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-_____(___)<br><br>(Joint Administration Requested) |

### LIST OF EQUITY SECURITY HOLDERS FOR CAFE HOLDINGS CORP.

The following is the list of equity security holders of Debtor, Cafe Holdings Corp., which is prepared in accordance with Federal Rule of Bankruptcy Procedure 1007 (a)(3).

| Name of equity security holder and last known address or place of business | # / % of Common Stock Issued (restricted and unrestricted) | # / % of Class A Preferred Stock | # / % of Class B Preferred Stock | # / % of Class C Preferred Stock |
|---|---|---|---|---|
| | | | | |
| Milestone Partners III, L.P.<br>555 East Lancaster Ave.,<br>Suite 500<br>Radnor, PA 19087 | 2,436,000.00<br><br>46.08% | 119,364.00<br><br>51.18% | 23,925.005<br><br>60.98% | 36,250.000<br><br>56.98% |
| Milestone Partners III, L.P. 2<br>555 East Lancaster Ave.<br>Suite 500<br>Radnor, PA 19087 | 924,000.00<br><br>17.48% | 45,276.00<br><br>19.41% | 9,075.005<br><br>23.13% | 13,750.000<br><br>21.61% |
| Triangle Capital | | | | 10,000.000<br><br>15.72% |
| Madison Capital Funding LLC<br>30 S Wacker Dr.<br>Suite 3700<br>Chicago, IL  60606 | 200,000.00<br><br>3.78% | 9,800.00<br><br>4.20% | 2,110.150<br><br>5.38% | 3,615.975<br><br>5.68% |

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Cafe Holdings Corp. (7910); Cafe Enterprises, Inc. (4946); CE Sportz LLC (2009); and CES Gastonia LLC (0863). The location of the Debtors' corporate headquarters is 4324 Wade Hampton Blvd., Suite B, Taylors, South Carolina  29687.

| Name of equity security holder and last known address or place of business | # / % of Common Stock Issued (restricted and unrestricted) | # / % of Class A Preferred Stock | # / % of Class B Preferred Stock | # / % of Class C Preferred Stock |
|---|---|---|---|---|
| Pedro Garcia | 12,000.00 0.23% | 588.00 0.25% | | |
| David and Suzanne Hadley Family Trust dated 12/18 | 8,000.00 0.15% | 392.00 0.17% | | |
| Bill Burton P.O. Box 24169 Greenville, SC  29616 | 480,000.00 9.08% | 23,520.00 10.08% | 4,125.000 10.51% | |
| Steve Bruce 415 Watercrest Court Inman, SC  29349 | 268,894.00 5.09% | 9,800.00 4.20% | | |
| Richie Cannon 28 Coastline Drive Inman, SC  29349 | 294,823.00 5.58% | 8,820.00 3.78% | | |
| Eric Holman 148 Amber Drive Inman, SC  29349 | 187,412.00 3.55% | 6,370.00 2.73% | | |
| Tabitha Sprouse 616 Old Iron Works Rd. Spartanburg, SC  29302 | 108,706.00 2.06% | 3,920.00 1.68% | | |
| Steve Corson 519 St. Helena Ct. Roebuck, SC  29376 | 131,765.00 2.49% | 2,940.00 1.26% | | |
| Gerald Johnson 228 Williamstown Way Columbia, SC  29212 | 48,611.80 0.92% | 1,960.00 0.84% | | |
| Linda Kiehl 415 Burley Glen Dr. Inman, SC  29349 | 2,870.60 0.05% | | | |
| | | | | |
| | | | | |
| | | | | |

| Name of equity security holder and last known address or place of business | # / % of Common Stock Issued (restricted and unrestricted) | # / % of Class A Preferred Stock | # / % of Class B Preferred Stock | # / % of Class C Preferred Stock |
|---|---|---|---|---|
| Chuck Faust<br>63 Westview Ave.<br>Greenville, SC  29609 | 8,611.80<br><br>0.16% | | | |
| Sara Anderson<br>513 Wicked Stick Court<br>Inman, SC  29349 | 14,353.00<br><br>0.27% | | | |
| Tony Wright<br>P.O. Box 603<br>Drayton, SC  29333-0603 | 14,353.00<br><br>0.27% | | | |
| Lynne Burton<br>P.O. Box 24169<br>Greenville, SC  29616 | 10,000.00<br><br>0.19% | 490.00<br><br>0.21% | | |
| Jim Bails<br>3775 South Mill Site Lane<br>Boise, ID  83716 | 59,884.20<br><br>1.13% | | | |
| Fred Grant | 14,071.56<br><br>0.27% | | | |
| Jane Melvin<br>167 Lowell Avenue<br>Glen Elyn, IL  60137 | 28,014.00<br><br>0.53% | | | |
| Larry Zwain<br>920 Oriental Garden Rd.<br>Jacksonville, FL  32207 | 5,602.80<br><br>0.11% | | | |
| Brian Harrington<br>514 Wyndmoor Ave<br>Wyndmor, PA  19038 | 28,014.00<br><br>0.53% | | | |

I, the authorized signatory of Cafe Holdings Corp., named as a Debtor in this case, declare under penalty of perjury that the foregoing List of Equity Security Holders is true and correct to the best of my information and belief.

DATE: November __15__, 2018

Respectfully submitted,

Cafe Holdings Corp.

By: _____
Eric Easton
Its:  Chief Financial Officer

## CAFE HOLDINGS CORP.

## UNANIMOUS WRITTEN CONSENT OF THE
## RESTRUCTURING COMMITTEE

### November 14, 2018

Pursuant to Section 141(f) of the Delaware General Corporation Law, as amended, the undersigned, being all of the members of the Restructuring Committee (the "**Restructuring Committee**") of the Board of Directors (the "**Board**") of **CAFE HOLDINGS CORP.**, a Delaware corporation (the "**Company**"), do hereby consent to and adopt the following resolutions effective as of the date first written above (the "**Resolutions**"):

WHEREAS, the Restructuring Committee was established by the Board at a duly convened and quorate special meeting of the Board held on June 12, 2018 and authorized and empowered to take actions in the name and on behalf of the Company in respect of various restructuring matters, and, at such meeting, the Board appointed each of James Mazany and Carl Lane as the sole members of the Restructuring Committee;

WHEREAS, the Restructuring Committee has received, reviewed and considered materials presented by management and the legal and financial advisors of the Company regarding the Company's financial and operating difficulties and the impact of the foregoing on the Company's businesses and its stakeholders;

WHEREAS, the Restructuring Committee has received, reviewed and considered advice from management and the legal and financial advisors of the Company regarding possible strategic alternatives to address the Company's financial and operating difficulties, including pursuant to in-court bankruptcy proceedings, and the impact of the foregoing on the Company's businesses and its stakeholders;

WHEREAS, in light of the foregoing, the Restructuring Committee has determined that it is advisable and in the best interests of the Company and its stakeholders that the Company consummate a restructuring pursuant to chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"); and

WHEREAS, as the Company does not have sufficient liquidity to continue operations during the pendency of the chapter 11 bankruptcy proceeding, the Restructuring Committee has further determined that it is advisable and in the best interests of the Company and its stakeholders for the Company to: (i) obtain post-petition financing (the "**DIP Facility**") pursuant to a debtor-in-possession credit agreement to be entered into among Atalaya Capital Management, LP (the "**DIP**

Lender"), the Company and the other borrower parties identified therein in substantially the form previously provided to and reviewed by the Restructuring Committee (the "**DIP Credit Agreement**"), and (ii) grant a security interest in substantially all of the Company's assets to the DIP Lenders to secure the obligations under the DIP Facility, as further provided in the DIP Credit Agreement.

NOW THEREFORE, it is hereby:

Bankruptcy Filing and DIP Facility

RESOLVED, that the Company shall be, and it is hereby, authorized to (i) file a voluntary petition for relief under the provisions of chapter 11 of the Bankruptcy Code, and (ii) execute, deliver and perform its obligations under the DIP Credit Agreement and any documents and instruments related thereto (collectively, the "**DIP Loan Documents**"), including obtaining post-petition financing and effectuating the other transactions contemplated thereunder; and it is further

RESOLVED, that Eric Easton, as the Company's Chief Financial Officer, is hereby authorized, empowered, and directed to execute, deliver and file, in the name and on behalf of the Company, the DIP Loan Documents, all Petitions, and all other motions, papers or documents, and to take any and all action that he, in consultation with the Bankruptcy Advisors (as defined below) deems necessary or advisable in connection with the Company's bankruptcy proceeding and related matters; and it is further

Retention of Professionals

RESOLVED, that the Restructuring Committee does hereby retain in connection with the Company's bankruptcy proceeding and related matters: (i) Haynes and Boone LLP, as bankruptcy counsel, (ii) McNair Law Firm, P.A., as local South Carolina counsel, (iii) Duff & Phelps, LLC, as investment banker and financial advisor, and (iv) any other advisors and professionals that the Restructuring Committee may deem necessary or advisable to manage and advance the Company's bankruptcy case (all the foregoing, the "**Bankruptcy Advisors**"); and it is further

Further Actions and Prior Actions

RESOLVED, that pursuant to the specific authorizations conferred to the Restructuring Committee by the Board, the proper officers of the Company shall be authorized, directed, and empowered, in the name and on behalf of the Company, to take or cause to be taken any and all such further actions, to execute, deliver and file any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including filing fees, in each case as they or

any of them shall deem necessary or advisable to fully carry out the intent and accomplish the purposes of the Resolutions adopted herein and to effectuate the transactions contemplated thereby; and it is further

RESOLVED, that all acts, actions, and transactions relating to the matters contemplated by the foregoing Resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing Resolutions except that such acts were taken before these Resolutions were adopted, are hereby in all respects confirmed, approved and ratified.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, each of the undersigned has executed this Written Consent effective as of the date first appearing above. This Written Consent may be executed in counterparts.

_____
James Mazany

_____
Carl Lane

**BEING ALL OF THE MEMBERS OF
THE RESTRUCTURING COMMITTEE OF
CAFE HOLDINGS CORP.**

[Signature Page to Written Consent - Cafe Holding Corp.]

IN WITNESS WHEREOF, each of the undersigned has executed this Written Consent effective as of the date first appearing above.  This Written Consent may be executed in counterparts.

James Mazany

Carl Lane

**BEING ALL OF THE MEMBERS OF THE RESTRUCTURING COMMITTEE OF CAFE HOLDINGS CORP.**

[Signature Page to Written Consent - Cafe Holding Corp.]