UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

In Re:                                      )
                                            )     **CASE NO.: 18-05837-hb**
Café Holdings Corp., et al.,                )     **CHAPTER 11**
                                            )
            Debtor(s).                      )
                                            )

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
OF NOTICE AND PLEADINGS**

Please take notice that A. Todd Darwin, of the law firm of Holcombe Bomar, P.A., appearing for Sysco Columbia LLC and Sysco Charlotte LLC, a party in interest in the above-captioned case, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, requests that service be made on the undersigned of all motions, orders, notices and other pleadings of any nature, including but not limited to adversary proceedings, filed in this case.

Please mail all notices and other documents required to be served to the undersigned at the address below.

  /s/ A. Todd Darwin
A. Todd Darwin
District Court I.D. No.: 6382
Holcombe Bomar, P.A.
Post Office Drawer 1897
Spartanburg, SC 29304
tdarwin@holcombebomar.com
(864) 594-5300 Phone
(864) 585-3844 Fax
*Attorneys for Sysco Columbia LLC and Sysco Charlotte, LLC*

January 24, 2019